IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CEVIN D. KEHM | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:14-CV-444-O |
| | § |
| AIR LINE PILOTS ASSOCIATION | § |
| INTERNATIONAL | § |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**

Pending before the Court are three motions: (1) Defendant's Motion to Dismiss Complaint [doc. # 20], filed May 9, 2014; (2) Defendant's Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss [doc. # 41], filed July 8, 2014; and (3) Plaintiff's Motion for Leave to File First Amended Complaint [doc. # 46], filed August 15, 2014. Having carefully considered the motions, and noting that Defendant is unopposed to the Court granting Plaintiff's motion for leave to file amended complaint, the Court concludes that Plaintiff's motion for leave should be **GRANTED**, Defendant's Motion to Dismiss Complaint should be **DENIED AS MOOT** since it is based on the original complaint, and Defendant's Motion to Stay Discovery should be **DENIED AS MOOT**.

Based on the foregoing, it is **ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint [doc. # 46] is **GRANTED**. Plaintiff shall electronically file his First Amended Complaint no later than September 15, 2014.

It is further **ORDERED** that Defendant's Motion to Dismiss [doc. # 20] is **DENIED AS MOOT**.

It is further **ORDERED** that Defendant's Motion to Stay Discovery [doc. # 41] is **DENIED AS MOOT**.

SIGNED September 11, 2014.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE